**Willie James PRICE, Plaintiff–Appellant,**

and

**Valerie Young, Plaintiff,**

v.

**Ronald C. McCORMACK, Attorney; Edward F. Halloran, Attorney; Russell D. Knight; George Milleson, Defendants–Appellees.**

No. 01–2262.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

---

Willie James Price, Appellant Pro Se. John Andrew Basham, Heilig, Mckenry, Fraim & Lollar, Norfolk, Virginia; Charles Malcolm Lollar, Tanner, Mulkey, Gordon & Lollar, P.C., Norfolk, Virginia; Edward F. Halloran, Virginia Beach, Virginia; Russell D. Knight, Stafford, Virginia; George Milleson, Stafford, Virginia, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie James Price appeals the district court's order dismissing his complaint for lack of jurisdiction and failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Price v. McCormack,* No. CA–01–1212–A (E.D.Va. Oct. 3, 2001). We deny Appellees' request for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*